ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Appalachian Voices, et al., | ) | |
|     Petitioners | ) | |
| | ) | |
| v. | ) | |
| | ) | Nos.  24-1094, |
| Federal Energy Regulatory | ) | 24-1150 |
| Commission, | ) | |
|     Respondent | ) | |
| | ) | |

## UNOPPOSED MOTION FOR A SIXTY-DAY BRIEFING PERIOD FOR RESPONDENT

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission moves this Court to include in its briefing schedule a period of 60 days between the filing of Petitioners' opening brief and the Commission's brief in response.  Because the Commission has numerous cases before this and other Circuits at any given time, the requested 60-day briefing interval facilitates efficient coordination of the Commission's case load and lessens the possibility of being forced to seek an extension after a briefing schedule has been established.

Counsel for the Commission has contacted counsel for Petitioners, who confirmed that the Petitioners do not oppose this request.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Jason T. Perkins*
Jason T. Perkins
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

*Counsel for Federal Energy Regulatory Commission*

May 23, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 121 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word.

>                          */s/ Jason T. Perkins*
>                          Jason T. Perkins
>                          Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

May 23, 2024

# CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Jason T. Perkins*
                                            Jason T. Perkins
                                            Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

May 23, 2024