# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1094**  **September Term, 2023**

FERC-CP19-14-003
FERC-CP19-14-002

**Filed On: August 21, 2024** [2071245]

Appalachian Voices, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Mountain Valley Pipeline, LLC and Public Service Company of North Carolina, Inc., d/b/a Dominion Energy North Carolina,
    Intervenors

------------------------------

Consolidated with 24-1150

## O R D E R

Upon consideration of the motion for leave to intervene filed by Duke Energy Carolinas, LLC, Duke Energy Progress, LLC, it is

**ORDERED** that the motion be granted.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
            Michael C. McGrail
            Deputy Clerk