# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1094**                                                **September Term, 2024**

FERC-CP19-14-003
FERC-CP19-14-002

**Filed On: December 20, 2024** [2090838]

Appalachian Voices, et al.,

        Petitioners

    v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Mountain Valley Pipeline, LLC and Public Service Company of North Carolina, Inc., d/b/a Dominion Energy North Carolina,
        Intervenors

------------------------------

Consolidated with 24-1150

**O R D E R**

      It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on February 20, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

      The time and date of oral argument will not change absent further order of the Court.

      A separate order will be issued regarding the allocation of time for argument.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                  BY:     /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)