# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 24-1094 | September Term, 2024 |
| | FERC-CP19-14-003 |
| | FERC-CP19-14-002 |

**Filed On: February 11, 2025** [2100134]

Appalachian Voices, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Mountain Valley Pipeline, LLC and Public Service Company of North Carolina, Inc., d/b/a Dominion Energy North Carolina,
    Intervenors

------------------------------

Consolidated with 24-1150

## O R D E R

    It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for February 20, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 10 Minutes |
| Respondent | - | 5 Minutes |
| Intervenors | - | 5 Minutes |

    One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Henderson, and Senior Circuit Judge Edwards.

    Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 13, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)